6th Circuit Case No. 21-1272

*In The*

# United States Court of Appeals
*for the*

## Sixth Circuit

---

WAYSIDE CHURCH, et al.,

    Plaintiffs-Appellees

v.

VAN BUREN COUNTY, MI, in its individual Michigan municipal capacity and on behalf of a class of all other Michigan counties similarly situated,

    Defendant-Appellant

---

On Appeal from the
United States District Court for the Western District of Michigan, Hon. Paul L. Maloney, Case No. 1:14-cv-01274

---

## JOINT MOTION FOR LIMITED REMAND

---

David H. Fink
Nathan J. Fink
Fink Bressack
38500 Woodward Ave.
Suite 350
Bloomfield Hills, MI 48304
248-971-2500
dfink@finkbressack.com

*Attorneys for Plaintiffs-Appellees*

Theodore W. Seitz
DYKEMA GOSSETT PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
517-374-9151
tseitz@dykema.com

*Attorney for Defendant-Appellant*

In accordance with Federal Rule of Appellate Procedure 12.1, the parties jointly move for a limited remand of this case to the United States District Court for the Western District of Michigan.

This case involves a putative class-action complaint filed by Plaintiffs. While on appeal, the parties have participated in extensive mediation discussions under Rule 33 of the Sixth Circuit Rules, and have preliminarily agreed to terms of a settlement. As part of those settlement discussions, the District Court has already granted the parties' request for an indicative ruling, noting that the court would permit Plaintiffs to amend their complaint "to conform Plaintiffs' claims with the proposed settlement terms." (Indicative Ruling, R. 164.)

The parties therefore request that this Court grant a limited remand of this case to the District Court, so that the parties can eventually present the District Court with the proposed settlement that is being negotiated with the assistance of a Sixth Circuit Mediator, and engage in the procedures required under the Federal Rules of Civil Procedure to finalize the settlement. If the case is remanded, the District Court grants the amendment of the complaint, and the parties move forward with settlement, all issues presented on appeal will be resolved and the appeal will be dismissed.

| PLAINTIFFS-APPELLEES | DEFENDANT-APPELLANT |
|---|---|
| */s/ David Fink* (with permission)<br>By:  David Fink | */s/ _Theodore W. Seitz*<br>By:  Theodore W. Seitz |